USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

KEYONU WILLIAMS,

Plaintiff,

-against-

DIEGO MANUEL SOTO TOASA, *et al.*,

Defendants.

---------------------------------------------------------------X

1:26-cv-5379-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the Court's order dated June 29, 2026, Dkt. No. 11, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than August 19, 2026. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's June 29, 2026 order forthwith and in any event no later than August 25, 2026.

SO ORDERED.

Dated: August 24, 2026
New York, New York

GREGORY H. WOODS
United States District Judge